*McLane* for [complainants]. *Vandyke* and *Rogers* for defendant. *Mr. McLane* reads the bill, which is for the specific execution of an agreement. *Mr. Rogers* reads the answer. . . .

[THE CHANCELLOR.] The question here is on matter of fact depending on a road which the parties made a divisional line between them, one agreeing to release land on the southwest of said road, the other on the northeast. There were two roads, and the question was which road was meant by the parties. The weight of testimony is on the part of the defendant. At any rate the matter is too doubtful to cause releases to be made according to the prayer of the bill.

## JOSEPH WEBSTER v. FRANCIS HOPKINS and JOHN DEAKYNE.

Court of Chancery. New Castle. April 22, 1819.

*Ridgely's Notebook II, 375.*

[THE BENCH.]

## HIGH COURT OF ERRORS AND APPEALS.

June 8, 1819.

*Ridgely's Notebook II, 395.*

Present: RIDGELY, CHANCELLOR, JOHNS, Chief Justice of the Supreme Court, BOOTH, Chief Justice of the Court of Common Pleas, WARNER, Justice of the Court of Common Pleas, DAVIS, Justice of the Supreme Court, COOPER, Justice of the Court of Common Pleas and PAYNTER, Justice of the Supreme Court.

WAY, Justice of the Court of Common Pleas, absent, sick.